NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK A/S AND NOVO NORDISK, INC.,**
*Plaintiffs-Appellants,*

**v.**

**CARACO PHARMACEUTICAL LABORATORIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees.*

---

2010-1001

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 2:05-CV-40188, Judge Avern Cohn.

---

**ON MOTION**

---

**O R D E R**

Novo Nordisk A/S et al. (Novo Nordisk) move for an extension of time to respond to Caraco Pharmaceutical Laboratories, Ltd. et al. (Caraco)'s motion to affirm the injunction of the United States District Court for the Eastern District of Michigan. Caraco opposes. Novo Nordisk replies.

The court notes that on April 17, 2012, the Supreme Court of the United States in *Caraco Pharm. Lab., Ltd. v. Novo Nordisk A/S*, 132 S. Ct. 1670 (2012) reversed the judgment of this court and remanded the case for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This court's opinion of April 14, 2010 is vacated, the mandate of this court issued on August 5, 2010 is recalled, and the appeal is reinstated.

(2)  The motion is granted to the extent that Novo Nordisk's response is due May 24, 2012.


                              FOR THE COURT


May 23, 2012                      /s/ Jan Horbaly
    Date                         Jan Horbaly
                                 Clerk


cc:  Josh A. Krevitt, Esq.
     James F. Hurst, Esq.